GEORGE L. REED, as Administrator of the Estate of EDSON M. REED, Deceased, Appellant, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Argued April 24, 1934; decided May 22, 1934.)

*Willard R. Pratt* for appellant.

*Francis E. Cullen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.